UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA KRENESKY ) | CASE NO.: |
|     Plaintiff, ) | 3:13-CV-1044-JBA |
| ) | |
| v. ) | |
| ) | |
| CREDITORS FINANCIAL GROUP, LLC ) | |
|     Defendant ) | OCTOBER 10, 2013 |
| ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Jessica Krenesky, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                                    PLAINTIFF, JESSICA KRENESKY

                                    By: /s/Daniel S. Blinn_____
                                          Daniel S. Blinn, Fed Bar No. (ct02188)
                                          dblinn@consumerlawgroup.com
                                          Consumer Law Group, LLC
                                          35 Cold Spring Rd., Suite 512
                                          Rocky Hill, CT  06067
                                          Tel. (860) 571-0408
                                          Fax (860) 571-7457

## CERTIFICATION

    I hereby certify that on this 10th day of October, 2013, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           /s/Daniel S. Blinn
                                           Daniel S. Blinn